IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MONTE WHITEHEAD,

    Plaintiff,

v.                                                            Civ. No. 17-275 MV/KK

MANAGEMENT AND TRAINING
CORPORATION *et al.*,

    Defendants.

## JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

**IT IS ORDERED** that this action is hereby **DISMISSED with prejudice.**

_____
HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE